# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKAL OF TRADES, LLC, dba BLACK DOG, | Case No. 1:23-cv-00069-SKO |
| Plaintiff, | **ORDER TRANSFERRING CASE** |
| v. | |
| BETHEL CHURCH, et al., | |
| Defendants. | |

On January 17, 2023, Plaintiff Jackal of Trades, LLC, doing business as Black Dog, filed a complaint against Defendants Bethel Church, Benjamin Fitzgerald, City of Redding, and Kimberly Sheets, along with an application to proceed *in forma pauperis.* (Docs. 1, 3, 4.)  The complaint purports to allege claims pursuant to the ADA and for civil rights violations, apparently arising from an incident that took place in Redding, California.  (*See* Doc. 1.)

It is apparent from a reading of Plaintiff's allegations in the complaint that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any relationship with the Fresno Division is minimal.  Plaintiff is a resident of Kansas.  (*See* Doc. 1 at 1.)  The City

of Redding is named as a defendant, and all of events at issue in the complaint occurred in Redding, California, which is located in Shasta County and is therefore part of the Sacramento Division. (*See id*. at 2–3, 6.) For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:
   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

Plaintiff's request to proceed *in forma pauperis* (Docs. 3, 4) remains pending.

IT IS SO ORDERED.

Dated:   **January 23, 2023**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE