UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKAL OF TRADES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BETHEL CHURCH, et al.,<br><br>Defendants. | No.  2:23-cv-00142-DJC-KJN PS<br><br>ORDER |

On March 15, 2023, the Magistrate Judge filed Findings and Recommendations (ECF No. 8), which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) days.  No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct.  See *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  See *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Magistrate Judge found the complaint should be dismissed as the complaint sought to bring constitutional violation claims against non-state actors, improperly alleged violations of state law as a private citizen, and failed to meet the "plausibility test."  (ECF No. 8 at 5.)  The Findings and Recommendations construe the

1

complaint to name Krystal Marshall as the Plaintiff in this case. (ECF No. 8 at 4.) Based on this reading of the complaint, the Magistrate Judge determined also that Plaintiff did not have standing to bring the stated claims as they were brought on behalf of another individual, Lily. (*Id.* at 5.) The Findings and Recommendations recommend that this action be dismissed without leave to amend as amending the complaint would be futile. The undersigned will adopt the Findings and Recommendation insofar as they dismiss the complaint for failure to state a claim on which relief can be granted. To the extent that Plaintiff is bringing the claims in this action as Krystal Marshall, the undersigned will adopt the recommendation to dismiss without leave to amend.

However, Plaintiff originally appears to have brought this action as "Jackal of Trades, LLC" not as Krystal Marshall. (*See* ECF No. 1 at 1.) The third party, Lily, is allegedly an employee of Jackal of Trades, LLC. (*Id.* at 6, 9.) The Findings and Recommendations do not address standing if Plaintiff is an LLC (*see* ECF No. 8.) and it is not immediately apparent if Plaintiff would have standing to proceed as an LLC on behalf of its employee. However, the Court need not reach these issues presently as Plaintiff is seeking to proceed pro se and in forma pauperis. A corporation may not proceed pro se. Local Rule 183(a); *see Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel . . . . [T]hat rule applies equally to all artificial entities."); *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (accord). A corporation also may not proceed in forma pauperis. *See* 28 U.S.C. § 1915(a); *see also Walker v. SSA*, No. 22-cv-00860, 2022 WL 4230459, at *1 (S.D. Cal. Aug. 22, 2022).

Accordingly, if Plaintiff intends to proceed as Jackal of Trades, LLC, Plaintiff will be given leave to file an amended complaint to address the issues described in the Findings and Recommendations. However, Plaintiff must also pay the filing fee for this

action and be represented by counsel in order to proceed with this action. Plaintiff is warned that failure to pay the filing fee and/or have counsel appear on their behalf by the time an amended complaint is filed will result in this action being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 8) are ADOPTED IN PART;
2. To the extent Plaintiff seeks to bring this action as an individual, Plaintiff's claims in the complaint (ECF No. 1) are DISMISSED with prejudice;
3. If Plaintiff wishes to bring the claims in the complaint (ECF No. 1) as an Jackal of Trades, LLC, Plaintiff's claims are DISMISSED with leave to amend;
4. Should Plaintiff intend to proceed as Jackal of Trades, LLC, within thirty days from the date of service of this order Plaintiff shall file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint;"
5. Before or at the time of filing an amended complaint, Plaintiff must pay the filing fee for this action and have counsel appear in this action on their behalf; and
6. Failure to comply with this order will result in this action being dismissed.

IT IS SO ORDERED.

Dated:  **May 30, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – jackaloftrades23cv00142.jo_lta

3