UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKAL OF TRADES LLC, | No. 2:23-cv-00142-DJC-KJN |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| BETHAL CHURCH, et al., | |
| Defendants. | |

On May 31, 2023, the Court adopted Findings and Recommendations issued by the Magistrate Judge but granted Plaintiff leave to amend the complaint if Plaintiff intended to proceed as Jackal of Trades LLC. (ECF No. 10.) Plaintiff was given thirty days to file an amended complaint, pay the filing fee, and have counsel appear on their behalf. (*Id.*)

The time for Plaintiff to file an amended complaint has passed. Plaintiff has not filed a First Amended Complaint, paid the filing fee, had counsel appear on their behalf, requested an extension of time to do any of these things, or otherwise responded to the Court's May 31, 2023 order in any way. Accordingly, Plaintiff will be ordered to file an amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of this order Plaintiff shall either file a First Amended Complaint or show cause in writing why this

1

case should not be dismissed for failure to prosecute and failure to comply with court orders. *See* Local Rule 230(c). Failure to comply with this order will result in an order dismissing this action.

    IT IS SO ORDERED.

Dated:   **August 30, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1- jackal23cv00142.osc