UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKAL OF ALL TRADES, LLC, | No. 2:23-cv-00142-DJC-KJN |
| Plaintiff, | |
| v. | ORDER |
| BETHAL CHURCH, et al., | |
| Defendants. | |

On May 31, 2023, the Court ordered the Plaintiff pay the filing fee for this action, to have counsel appear on their behalf, and to file an amended complaint. (ECF No. 10.) The Court ordered Plaintiff to do so within thirty days of that order. (*Id.*) Plaintiff did not pay the filing fee for this action, have counsel appear on their behalf, file an amended complaint, seek an extension of time to do so, or otherwise file a response to this order. On August 31, 2023, the Court ordered that within fourteen days, Plaintiff should file an amended complaint or show cause why this action should not be dismissed for failure to prosecute and failure to comply with court orders. (ECF No. 11.)

More than fourteen days have passed and Plaintiff has not filed a response to the Court's Order to Show Cause, filed an amended complaint, requested an extension of time, or otherwise responded to the Court's orders. As such, the Court will dismiss this action for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated:   **October 17, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – jackal23cv00142.dism

2